

# Fourth Court of Appeals
## San Antonio, Texas

September 16, 2014

No. 04-14-00374-CR

Luis Arnaldo **BAEZ**,
Appellant

v.

**THE STATE OF TEXAS,**
Appellee

From the 227th Judicial District Court, Bexar County, Texas
Trial Court No. 2013CR6881
Honorable Philip A. Kazen, Jr., Judge Presiding

## O R D E R

On May 23, 2014, appellant filed his notice of appeal with this court. On July 24, 2014, appellant filed notice with this court that the court reporter fees were paid. On August 25, 2014, Delcine M. Benavides filed a nine volume reporter's record.

On September 10, 2014, court reporter Mary Beth Simpkins filed a late notice of record indicating that appellant has failed to pay the fee or make arrangements to pay the fee for preparing the record.

We ORDER appellant to provide written proof to this court within ten days of the date of this order that the reporter's record has been requested and either (1) the Ms. Simpkins' reporter's fee has been paid or arrangements have been made to pay the reporter's fee, or (2) appellant is entitled to appeal without paying the reporter's fee.

If appellant fails to respond within the time provided, appellant's brief will be due within thirty days from the date of this order, and the court will only consider those issues or points raised in appellant's brief that do not require Ms. Simpkins' reporter's record for a decision. *See* TEX. R. APP. P. 37.3(c).

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 16th day of September, 2014.

_____
Keith E. Hottle
Clerk of Court